1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN A. LUNFORD,

    *Plaintiff*,

vs.

GREG COX, *et al.,*

    *Defendants*.

3:13-cv-00375-RCJ-VPC

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The pauper application is incomplete.  Both a financial certificate properly completed and executed by an authorized institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and LSR1-2 of the local rules.  Plaintiff did not attach a financial certificate executed by an authorized institutional officer.

It does not appear from review of the allegations presented that a dismissal without prejudice of the present improperly-commenced action would lead to a promptly-filed new action being untimely.  The earliest operative facts allegedly occurred in August 2, 2012, and a two-year limitations period is applicable to civil rights actions arising out of Nevada.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint on the required form in a new action together with either a new pauper application with all required, and new, attachments or payment of the $350.00 filing fee.

1    The Clerk of Court shall SEND plaintiff a copy of the papers that he filed along with the

2    complaint and pauper forms and instructions for both forms.[1]

3    The Clerk shall enter final judgment accordingly, dismissing this action without

4    prejudice.

5    DATED: This 16th day of September, 2013.

6

7

8    _____
     ROBERT C. JONES
9    Chief United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    _____

27    [1]When plaintiff files a new action, he should note that exhibits are not to be filed into the record
      unless and until necessary to oppose a dispositive motion such as a motion for summary judgment.  Once a
      plaintiff instead has filed originals as exhibits improperly, the originals become part of the suit record and
28    may not be returned.

-2-