AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_  DISTRICT OF   NEVADA

DARREN A. LUNFORD,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:13-cv-00375-RCJ-VPC

GREG COX, et al.,

      Defendant(s).

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the application to proceed in forma pauperis (#1) is DENIED and this action is DISMISSED without prejudice to the filing of a new complaint on the required form in a new action together with either a new pauper application with all required, and new, attachments or payment of the $350.00 filing fee.


    September 17, 2013       **LANCE S. WILSON**
    Clerk

    /s/ K. Rusin
    Deputy Clerk